RECEIVED
JUL 1 0 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

---

| | |
|---|---|
| BENJAMIN WRIGHT | CIVIL ACTION NO. 10-856 |
| -vs- | JUDGE DRELL |
| TIM WILKINSON, et al. | MAGISTRATE JUDGE KIRK |

## CORRECTED RULING and ORDER

The Court corrects the footnote contained in our Ruling and Order signed on July 9, 2013 (Doc. 47) to read as follows:

> "By order signed and docketed June 21, 2013 (Doc. 44), we instructed Plaintiff to file his opposition, if any, to the motions contained in Doc. 37-4 by July 5, 2013. The arguments contained in Doc. 37-4 are identical to those in Doc. 46. No opposition was filed by the deadline."

The Ruling and Order remains unchanged in all other respects.

SIGNED on this 10 day of July, 2013 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE